UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    vs                                                                    **ORDER OF RECUSAL**

JOSEPH QUERI, JR., BENJAMIN VILOSKI,                  Criminal Action No.
GARY GOSSON and GARY CAMP,
                                                                      5:09-cr-418 (GTS)
            Defendants.
_____

       The undersigned hereby **RECUSES** himself from the above-entitled action which was assigned to him on August 7, 2009.  Having reviewed this matter, it came to my attention that this incident occurred prior to September 5, 2008 while I was acting as the U.S. Attorney, and therefore, I recuse myself from this action.

       WHEREFORE, it is hereby

       ORDERED that the Clerk enter this Order of Recusal for the undersigned; and it is further

       ORDERED that the Clerk shall randomly reassign this case to another United States District Judge; and it is further

       ORDERED that the Clerk shall serve a copy of this Order on the parties and the United States District Judge to whom the case is assigned.

Dated: August 7, 2009

                                                             Hon. Glenn T. Suddaby
                                                             U.S. District Judge